UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORRAINE KAY TAYLOR,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:17-cv-148

HONORABLE PAUL L. MALONEY

# **JUDGMENT**

In accordance with the Order entered this date:

**JUDGMENT HEREBY ENTERS**.

Dated: March 23, 2018                        /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge